| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _**X**_ Patents or ___ Trademarks:

| **DOCKET NO.**<br>3:16-cv-01809-MMA-NLS | **DATE FILED**<br>7/13/16 | **US District Court** Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>Soulcycle Inc. | | DEFENDANT<br><br>The Color Run, LLC, et al. |

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| **1.** 4829066 | **6.** 3264026 | **11.** 4889672 |
| **2.** 4829056 | **7.** 4434026 | **12.** 4874832 |
| **3.** 4688307 | **8.** 3824906 | **13.** 4838481 |
| **4.** 4973280 | **9.** 3824896 | **14.** 4609667 |
| **5.** 3844345 | **10.** 4218194 | **15.** 4353330 |

In the above-entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |  |
|---|---|---|

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>John Morrill | (BY) DEPUTY CLERK | DATE |
|---|---|---|