ATTACHMENT TO
REPORT ON THE
FILING OR DETERMINATION OF AN
<u>ACTION REGARDING A PATENT OR TRADEMARK</u>

|   | PLAINTIFF<br><br>SOULCYCLE INC. | DEFENDANT<br><br>THE COLOR RUN, LLC, D/B/A SOUL POSE AND TCR IP HOLDINGS, LLC | |
|---|---|---|---|
|   | Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
| 6. | 3264026 | 07/17/2007 | SOULCYCLE INC. |
| 7. | 4434026 | 11/12/2013 | SOULCYCLE INC. |
| 8. | 3824906 | 07/27/2010 | SOULCYCLE INC. |
| 9. | 3824896 | 07/27/2010 | SOULCYCLE INC. |
| 10. | 4218194 | 10/2/2012 | SOULCYCLE INC. |
| 11. | 4889672 | 01/19/2016 | SOULCYCLE INC. |
| 12. | 4874832 | 12/22/2015 | SOULCYCLE INC. |
| 13. | 4838481 | 10/20/2015 | SOULCYCLE INC. |
| 14. | 4609667 | 09/23/2014 | SOULCYCLE INC. |
| 15. | 4353330 | 06/18/2013 | SOULCYCLE INC. |
| 16. | 4353332 | 06/18/2013 | SOULCYCLE INC. |
| 17. | 4620811 | 10/14/2014 | SOULCYCLE INC. |
| 18. | 4353331 | 06/18/2013 | SOULCYCLE INC. |
| 19. | 4973220 | 06/07/2016 | SOULCYCLE INC. |
| 20. | 4973219 | 06/07/2016 | SOULCYCLE INC. |

1

ATTACHMENT TO
REPORT ON THE
FILING OR DETERMINATION OF AN
<u>ACTION REGARDING A PATENT OR TRADEMARK</u>

|  | PLAINTIFF<br><br>SOULCYCLE INC. | DEFENDANT<br><br>THE COLOR RUN, LLC, D/B/A SOUL POSE AND TCR IP HOLDINGS, LLC | |
|---|---|---|---|
|  | Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
| 21. | 4886041 | 01/12/2016 | SOULCYCLE INC. |
| 22. | 4886042 | 01/12/2016 | SOULCYCLE INC. |
| 23. | 2496683 | 10/09/2001 | SOULCYCLE INC. |
| 24. | 4176402 | 07/17/2012 | SOULCYCLE INC. |

|  | PLAINTIFF<br><br>SOULCYCLE INC. | DEFENDANT<br><br>THE COLOR RUN, LLC, D/B/A SOUL POSE AND TCR IP HOLDINGS, LLC | |
|---|---|---|---|
|  | **Pending** Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
| 1. | App. No. 86104495 | 10/29/2013 | SOULCYCLE INC. |
| 2. | App. No. 86081105 | 10/02/2013 | SOULCYCLE INC. |
| 3. | App. No. 86660775 | 06/12/2015 | SOULCYCLE INC. |
| 4. | App. No. 87059548 | 06/03/2016 | SOULCYCLE INC. |
| 5. | App. No. 86871659 | 01/11/2016 | SOULCYCLE INC. |
| 6. | App. No. 86104515 | 10/29/2013 | SOULCYCLE INC. |
| 7. | App. No. 86942608 | 3/16/2016 | SOULCYCLE INC. |

KE 42378149.3

ATTACHMENT TO
REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

|  | PLAINTIFF<br><br>SOULCYCLE INC. | DEFENDANT<br><br>THE COLOR RUN, LLC, D/B/A SOUL POSE AND TCR IP HOLDINGS, LLC | |
|---|---|---|---|
|  | **Pending** Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
| 8. | App. No. 87013297 | 4/25/2016 | SOULCYCLE INC. |
| 9. | App. No. 86014892 | 7/19/2013 | SOULCYCLE INC. |
| 10. | App. No. 87078362 | 6/21/2016 | SOULCYCLE INC. |
| 11. | App. No. 86113908 | 11/8/2013 | SOULCYCLE INC. |
| 12. | App. No. 86723586 | 8/13/2016 | SOULCYCLE INC. |
| 13. | App. No. 86723517 | 8/13/2015 | SOULCYCLE INC. |
| 14. | App. No. 86280819 | 5/14/2014 | SOULCYCLE INC. |
| 15. | App. No. 86834239 | 11/30/2015 | SOULCYCLE INC. |
| 16. | App. No. 86694994 | 7/16/2015 | SOULCYCLE INC. |
| 17. | App. No. 86948844 | 3/22/2016 | SOULCYCLE INC. |

KE 42378149.3