Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Counsel applying for admission *pro hac vice*:
Dale M. Cendali
dale.cendali@kirkland.com
Shanti Sadtler
shanti.sadtler@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Plaintiff SoulCycle Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOULCYCLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE COLOR RUN, LLC, D/B/A SOUL POSE AND TCR IP HOLDINGS, LLC, <br><br> Defendants. | CASE NO.: <br><br> **PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2 AND FED. R. CIV. P. 7.1** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Plaintiff SoulCycle Inc., by and through its undersigned attorneys, certifies that it is majority owned (97%) by SoulCycle Intermediate Holdings LLC, which in turn is wholly-owned by the privately held entity Equinox Holdings, Inc.

Dated: July 13, 2016

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ *Diana M. Torres*_____
Attorney for Plaintiff
Email: diana.torres@kirkland.com

**PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2 AND FED. R. CIV. P. 7.1**